PROB 12B
(NYEP-5/17/06)

Sr. USPO Richard James
Central Islip, NY

# United States District Court
## for the
## Eastern District of New York

**FILED IN CLERK'S OFFICE U.S. DISTRICT COURT, E.D.N.Y.**
**OCT 24 2006**
**LONG ISLAND OFFICE**

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: **CALABRESE, Jody**             Case Number **97-CR-1062-01**

Name of Sentencing Judicial Officer: **Honorable Denis R. Hurley, US District Judge**

Date of Original Sentence: **June 10, 1999**

Original Offense: **Racketeering, 18 USC 1962( c )**

Original Sentence: **One hundred twenty months (120) months custody, to be followed by three (3) years supervised release, Full financial disclosure, Participation in an alcohol treatment program, $ 6, 800.00 restitution, and a $100.00 special assessment.**

Type of Supervision: **Supervised Release**          Date Supervision Commenced: **August 18, 2006**

---

### PETITIONING THE COURT

☒   To modify the conditions of supervision as follows:

**The releasee shall not associate through mail, electronic mail, telephone, or in person, with any member or associate of the Luchese Crime Family, named in the attached prohibition list provided by the Probation Department.**

Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Prob 12B / Page 2

## CAUSE

The Court should be aware that the offender is a soldier in the Luchese Crime Family. We believe that it is not in the offenders best interest to continue any relationships with anyone associated with Organized Crime. Additionally, we believe that the aforementioned modification will be an appropriate deterrent and warning against any continued associations.

The release has agreed to the modification and has executed the attached Probation Form 49 waiving his rights to a hearing.

Respectfully submitted by,

*[signature]*

Richard James
Senor U.S. Probation Officer
Date: 9-11-2006

Approved by,

*[signature]*

George H. Gonzalez
Supervising U.S. Probation Officer
Date:

THE COURT ORDERS:

☑   The Modification of Conditions as Noted Above

☐   Other

*[signature]*

Signature of Judicial Officer

10-16-06
Date

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NEW YORK

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The releasee shall not associate through mail, electronic mail, telephone, or in person, with any member or associate of the Luchese Crime Family named in the attached prohibition list provided by the Probation Department.**

Witness: _____       Signed: _____
Richard L. James                                        Jody Calabrese
Sr. U.S. Probation Officer                          Supervised Releasee

Date
August 31, 2006

# UNITED STATES PROBATION DEPARTMENT
# EASTERN DISTRICT OF NEW YORK

## ASSOCIATION PROHIBITION

I, _Jody Calabrese_ acknowledge by virtue of my signature below
Jody Calabrese
that Senior U. S. Probation Officer Richard James has instructed me as follows:

**Under the provisions of release Condition Number (3) which states "You shall answer truthfully all inquiries by the probation officer, and follow the instructions of the probation officer."**

**Under the provisions of release Condition Number (9) which states "You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer."**

I am prohibited from associating, directly or indirectly, in person, by mail, e-mail or telephonically, with any co-defendant in my case. Also, I am directed not to associate with any of the individuals on the attached prohibition list, who have been identified by the government as being members/associates of the **Luchese** Crime Family, having a criminal record and/or members of the above listed Organized Crime Faction.

I further understand that the foregoing provides me with a clear and fair warning, and failure to follow these instructions could result in revocation action.

_____  8/31/06
SIGNATURE                  (DATE)

_____  8/31/06
Richard James              (DATE)
Sr. U. S. PROBATION OFFICER

attachments-Luchese Crime Family List

## LUCHESE CRIME FAMILY

1. Vic Amuso
2. Steven Crea
3. Louis Daidone
4. Joseph Defede
5. Joseph Tangorra
6. Joseph Giampa
7. Anthony Santorelli
8. Eugene Castelle
9. Joseph Dinapoli
10. Dom Truscello
11. Anthony Russo
12. Joseph Caridi
13. Carmine Avellino
14. Thomas D'Ambrosio
15. Michael Labarbara
16. Frank Lagano
17. Anthony Pezzullo
18. Frank Petrullo
19. Peter Jocco Vario
20. Joseph Lubrano
21. Alfred Santorelli
22. Joseph Truncale
23. Vincent Zappola
24. Thomas Anzellotto
25. Raymond Argentina
26. John Baudanza
27. Salvatore Cutaia
28. Peter Delchioppo
29. Ronald Gervasi
30. Scott Gervasi
31. Anthony Grado
32. Vincent Salinardi
33. Peter John Vario
34. Frank Bellino
35. Jody Calabrese
36. Angelo Defendis
37. Joe Dibenedetto
38. Nicky Dicostanzo
39. Sebastian Nuccio
40. Salvatore Nuccio
41. Daniel Rizzo

_____ 8/31/06

## **LUCHESE CRIME FAMILY**

42. Frank Rosati
43. Frank Altimari
44. Nicky Bonina
45. Michael Capra
46. Vincent Casablanca
47. Steve Crea Jr.
48. Richie Deluca
49. Philly Desimone
50. Andrew Desimone
51. Salvatore Desimone
52. Thomas Gelardo
53. Daniel Latella
54. Mariano Macaluso
55. Marco Minuto
56. Victor Panica
57. John Petrucelli Jr.
58. Joe Rizzotto
59. Frank Taccetta
60. Arthur Zambardi
61. Frank Borelli
62. John Capra
63. John Conti
64. Anthony Demeglio
65. Frank Federico
66. Matthew Madonna
67. Rosario Naimo
68. Charles Tuso
69. Ralph Cuomo
70. Anthony Croce
71. Joseph Datello
72. Charles Dipalermo
73. Salvatore Dipietro
74. Neil Migliore
75. John Sorrentino
76. John Sorrentino Jr.
77. Rocco Vitulli
78. Anthony Consalvo
79. Michael Contino
80. Alphonso Curiali
81. Joe Lamorte
82. Frank Manzo
83. John Trematerra

_[signature]_ 8/31/06

## LUCHESE CRIME FAMILY

84. John Cerella
85. Carlo Profeta
86. Nicky Scarfo Jr.
87. Carlo Taccetta
88. John Vanasco
89. Anthony Villani
90. Salvatore Avellino
91. Anthony Baratta
92. George Conte
93. Pat Dellorusso
94. Michael Desantis
95. Chris Furnari
96. Jimmy Galione
97. Frank Giacobbe
98. Frank Lastorino
99. Paolo Loduca
100. Joe Massaro
101. Frank Papagni
102. Michael Perna
103. Salvatore Santora
104. Anthony Senter
105. Michael Spinelli
106. Martin Taccetta
107. Michael Taccetta
108. Joey Testa
109. Joe Tortorello
110. Anthony Tortello
110. George Zappolla.

*[signature]* 8/31/06